IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–01429–EWN–CBS

LEEDS FOYIL,

    Plaintiff,

v.

FLEETWOOD MOTOR HOMES OF CALIFORNIA, INC., and
WOODHORSE CUSTOM CHASSIS, LLC,

    Defendants.

---

**ORDER**

---

This matter comes before the court on a review of the file. On August 15, 2006, the court issued an Order to Show Cause for Attorney Stephanie Gast to show cause in writing on or before August 25, 2006, why her entry of appearance in this case should not be stricken for failure to comply with the provisions of D.C.Colo.LCivR. 83.3D. No response has been filed. Therefore, it is

ORDERED that Attorney Stephanie Gast's appearance is STRICKEN.

Dated this 2nd day of November, 2006.

                                            BY THE COURT:

                                            s/ Edward W. Nottingham
                                            EDWARD W. NOTTINGHAM
                                            United States District Judge