**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

**Civil Action No.:  06-cv-01429-EWN-CBS**          FTR-Reporter Deck-Courtroom A402
**Date:  December 14, 2006**                                    **Courtroom Deputy:**  Ben Van Dyke

LEEDS FOYIL,                                                             Todd Friedman, via telephone

    **Plaintiff,**

    v.

FLEETWOOD MOTOR HOMES OF                                Christie McCall, via telephone
CALIFORNIA, INC., *et al.*,

    **Defendants.**

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session:       1:31 p.m.**
Court calls case.  Appearances of counsel.

Counsel discuss the status of the case and the Motion to Vacate and Reschedule Settlement Conference (doc. 38) with the Court.

**ORDERED:   The Motion to Vacate and Reschedule Settlement Conference (doc. 38) is granted.  The settlement conference set for December 19, 2006 is hereby vacated.**

Counsel shall discuss any airfare costs incurred by plaintiff's counsel and attempt to come to an agreement.  If the parties are unable to reach an agreement, they may set a further telephonic status conference with the Court.

HEARING CONCLUDED.

**Court in Recess:        1:45 p.m.**
Total In-Court Time:      00:14