IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–01429–EWN–CBS

LEEDS FOYIL,

     Plaintiff,

v.

FLEETWOOD MOTOR HOMES OF CALIFORNIA, INC., and
WOODHORSE CUSTOM CHASSIS, LLC,

     Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the Plaintiff's and Defendant Workhorse Custom Chassis, LLC's Stipulated Motion for Dismissal of Plaintiff's Claims against Defendant Workhorse Custom Chassis, LLC with Prejudice (the "Stipulated Motion"). The Court, having reviewed the Stipulated Motion and being otherwise familiar with the matter, hereby ORDERS as follows:

    1. Plaintiff's claims asserted therein against Workhorse Custom Chassis, LLC are hereby dismissed with prejudice.

    2. Workhorse Custom Chassis, LLC is hereby dismissed from this matter.

3.  Each party is to pay its own respective costs, expenses and attorneys' fees.

Dated this 6th day of February, 2007.

BY THE COURT:


<u>s/ Edward W. Nottingham</u>
Edward W. Nottingham
United States District Judge