IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–01429–EWN–CBS

LEEDS FOYIL,

      Plaintiff,

v.

FLEETWOOD MOTOR HOMES OF CALIFORNIA, INC., and
WOODHORSE CUSTOM CHASSIS, LLC,

      Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the court on the "Stipulated Motion to Dismiss" filed May 14, 2007.

The court having read the Motion to Dismiss filed herein, and now being fully advised in the

premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to

pay his, her or its own costs and attorneys' fees herein expended.

DATED this 15th day of May, 2007.

                              BY THE COURT:

                              s/ Edward W. Nottingham
                              EDWARD W. NOTTINGHAM
                              United States District Judge